## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ROGER MOON                                                                       PLAINTIFF

V.                                  NO. 3:10CV00028 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                          DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 30th day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE